In the Matter of the City of New York, Appellant and Respondent, Relative to Acquiring Title to Real Property Required for the Addition to the Public Beach, bounded by West 15th Street and Other Streets, in the Borough of Brooklyn.

City Bank Farmers Trust Co., as Trustee, et al., Respondents and Appellants.

Argued October 8, 1943; decided November 24, 1943.

*Ignatius M. Wilkinson, Corporation Counsel (Reuben Levy* and *Julius Isaacs* of counsel), for City of New York, appellant-respondent.

*Emil N. Baar* and *Herbert S. Camitta* for Charles L. Feltman et al., respondents-appellants.

*Milton Loewe* for City Bank Farmers Trust Co., as Trustee, etc., respondent-appellant.

*Andrew F. Van Thun, Jr.,* and *Frank A. Kister* for West Tenth Street Realty Corporation, respondent-appellant.

*Charles Lamb, William A. Lamb* and *Walter L. Hopkins* for Roy J. Cook et al., respondents-appellants.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.